**2013–1993.   State v. Champion.**
Montgomery App. No. 17176. On motion for delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2013–2010.   State v. Gott.**
Lucas App. No. L–11–1070, 2013-Ohio-4624. On motion for delayed appeal. Motion granted.
PFEIFER, J., dissents.

**2013–2036.   State v. Smith.**
Highland App. No. 09CA29, 2010-Ohio-4507. On motion for delayed appeal. Motion denied.

**2013–2048.   State v. Moran.**
Lorain App. No. 11CA010011, 2012-Ohio-2237. On motion for delayed appeal. Motion denied.

**2014–0039.   Complete Credit Solutions, Inc. v. Kellam.**
Hamilton App. No. C–130216, 2013-Ohio-5324. On motion to stay execution of court of appeals' judgment pending appeal. Motion denied.
O'NEILL, J., dissents.

**2014–0060.   State v. Dukles.**
Medina App. No. 12CA0100–M, 2013-Ohio-5263. On motion for stay of sentence pending appeal. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2013–1731.   State v. Keenan.**
Cuyahoga App. No. 99025, 2013-Ohio-4029.
LANZINGER, J., dissents.
O'DONNELL, J., not participating.

**2013–1746.   Felix v. Ganley Chevrolet, Inc.**
Cuyahoga App. No. 98985, 2013-Ohio-3523. Discretionary appeal accepted on Proposition of Law Nos. I and II.
O'DONNELL, J., would also accept the appeal on Proposition of Law Nos. V and VI.
KENNEDY and O'NEILL, JJ., would also accept the appeal on Proposition of Law Nos. III through VI.
O'CONNOR, C.J., and PFEIFER and LANZINGER, JJ., dissent.
Upon consideration of the motion of appellants to strike portions of the memorandum in response, it is ordered by the court that the motion is granted and the memorandum in response is stricken. Appellees shall file a memorandum in response that is compliant with the Rules of Practice of the Supreme Court of Ohio and the Rules of Professional Conduct within three days of the date of this entry.

**2013–1766.   Hulsmeyer v. Hospice of Southwest Ohio, Inc.**
Hamilton App. No. C–120822, 2013-Ohio-4147. Discretionary appeal accepted.
PFEIFER, J., dissents.
Discretionary cross-appeal accepted.
O'DONNELL and KENNEDY, JJ., dissent.
Sua sponte, cause consolidated with 2013–1644, *Hulsmeyer v. Hospice of Southwest Ohio, Inc.*, 1st Dist. Hamilton No. C–120822, 2013-Ohio-4147.

**2013–1770.   Northeast Ohio Regional Sewer Dist. v. Bath Twp.**
Cuyahoga App. Nos. 98728 and 98729, 2013-Ohio-4186. Discretionary appeal accepted on Proposition of Law Nos. I and II.
LANZINGER, FRENCH, and KENNEDY, JJ., would also accept Proposition of Law No. III.
PFEIFER and O'DONNELL, JJ., dissent.

**2013–1773.   Estate of Atkinson v. Ohio Dept. of Job & Family Servs.**
Knox App. No. 13CA4, 2013-Ohio-4352.
PFEIFER, O'DONNELL, and KENNEDY, JJ., dissent.